IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MANUEL MATA                          §
                                     §
VS.                                  §        ACTION NO. 4:26-CV-120-Y
                                     §
MATTHEW KRUEGER                      §

ORDER TO SHOW CAUSE

On February 4, 2026, plaintiff Manuel Mata filed a complaint in this Court. On April 7, 2026, Mata filed an amended complaint. As of the date of this order, it is not clear to the Court that Defendant has been served with process. Further, two attorneys who purport to represent Mata are not admitted to practice in the Northern District of Texas.

It is, therefore, ORDERED that no later than **June 8, 2026**, Plaintiff shall show cause, in writing, as to why this case should not be dismissed, without prejudice, for lack of prosecution. Plaintiffs' showing, if any, must include the Applications for Admission Pro Hac Vice for James Chiles and Edward Milo Schwab. Failure to timely comply with this order will result in the dismissal of all claims--without prejudice-- but without further notice.

SIGNED May 12, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE