**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| MANUEL MATA; | § | |
|     Plaintiff; | § | |
| | § | ACTION NO. 4:26-CV-120-Y |
| v. | § | |
| | § | |
| MATTHEW KRUEGER, in his individual capacity. | § | |
| | § | |
|     Defendant. | § | |
| | § | |

---

**RESPONSE TO ORDER TO SHOW CAUSE**

---

      E. Milo Schwab of Ascend Counsel, LLC hereby enters his appearance as counsel of record on behalf of Plaintiff Manuel Mata in the above-captioned matter.

      Respectfully submitted this 5th day of June 2026.

.

                      /s/ E. Milo Schwab
                      E. Milo Schwab
                      Ascend Counsel, LLC
                      1 Broadway, Suite B-210
                      Denver, CO 80203
                      (303) 888-4407
                      milo@ascendcounsel.co