**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| MANUEL MATA; | § | |
|     Plaintiff; | § | |
| | § | ACTION NO. 4:26-CV-120-Y |
| v. | § | |
| | § | |
| MATTHEW KRUEGER, in his individual capacity. | § | |
| | § | |
|     Defendant. | § | |
| | § | |

---

**RESPONSE TO ORDER TO SHOW CAUSE**

---

Plaintiff, by and through undersigned counsel, respectfully responds to this Court's May 12, 2026 Order to Show Cause and in support thereof, provides as follows:

1. Plaintiff commenced this action by filing his Complaint on February 4, 2026.

2. On April 7, 2026, Plaintiff filed his First Amended Complaint.

3. Since that date, undersigned counsel have been attempting to obtain a waiver of service from the Defendant or the City of Fort Worth pursuant to Rule 4.

4. Undersigned counsel had previously spoken with representatives of the City of Fort Worth and the Fort Worth Police Department in an effort to obtain a waiver of service on behalf of Defendant. After being unable to obtain such a waiver, undersigned counsel hired a private investigator to personally serve Defendant. The private investigator obtained Defendant's work address, but was unable to effect service because the building at which Defendant presently works is behind a security gate. However, Defendant agreed on Friday, June 5, 2026 to accept and waive service. A waiver has been sent to

Defendant and undersigned counsel anticipates that such waiver will be executed this week.

5. The Court record includes three (3) attorneys as counsel of record for Plaintiff: Mark Streiff, Edward Schwab, and James Chiles.

6. The inclusion of Mr. Chiles as a counsel of record was done in error through the signature block of the initial pleadings. Mr. Chiles will not be involved in this matter and should be removed as a counsel of record. A Notice of Withdrawal of Counsel has been filed on behalf of Mr. Chiles.

7. Mr. Schwab was included with the designation that he would seek admission *pro hoc vice* to this Court.

8. Mr. Schwab has since been admitted as an attorney in good standing in the United States District Court for the Northern District of Texas. Mr. Schwab has since filed a Notice of Entry of Appearance in this matter.

Respectfully submitted this 5th day of June 2026.

.

/s/ E. Milo Schwab
E. Milo Schwab
Ascend Counsel, LLC
1 Broadway, Suite B-210
Denver, CO 80203
(303) 888-4407
milo@ascendcounsel.co

Mark J. Streiff
State Bar No. 24117510
Pantheon Legal Group PLLC
1020 Macon Street, Suite 5
Fort Worth, Texas 76102
Tel: (817) 381-2216
Fax: (817) 663-2216

mark.streiff@pantheon-legal.com