**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| MANUEL MATA;<br>    Plaintiff;<br><br>v.<br><br>MATTHEW KRUEGER, in his individual capacity.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ACTION NO. 4:26-CV-120-Y |

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

Plaintiff, by and through undersigned counsel, respectfully provides this Notice of Withdrawal of Counsel and in support thereof, provides as follows:

1.  Plaintiff commenced this action by filing his Complaint on February 4, 2026.

2.  On April 7, 2026, Plaintiff filed his First Amended Complaint.

3.  In each Complaint, James T. Chiles was included in the signature block, and he was added as counsel of record in this matter. This was done in error.

4.  The inclusion of Mr. Chiles as a counsel of record was done in error through the signature block of the initial pleadings. This was a simple copy and past error from other pleadings.

5.  Mr. Chiles will not be involved in this matter and should be removed as a counsel of record.

6.  Plaintiff has two remaining attorneys and accordingly, will suffer no prejudice through the withdrawal of Mr. Chiles as an attorney in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court withdraw Mr. Chiles as an attorney of record in this matter.


Respectfully submitted this 5th day of June 2026.
.

/s/ Mark J. Streiff
Mark J. Streiff
State Bar No. 24117510
Pantheon Legal Group PLLC
1020 Macon Street, Suite 5
Fort Worth, Texas 76102
Tel: (817) 381-2216
Fax: (817) 663-2216
mark.streiff@pantheon-legal.com

E. Milo Schwab
Ascend Counsel, LLC
1 Broadway, Suite B-210
Denver, CO 80203
(303) 888-4407
milo@ascendcounsel.co