IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORT DIVISION

| | | |
|---|---|---|
| MANUEL MATA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-120-Y |
| | § | |
| MATTHEW KRUEGER, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO COMPEL**
**RULE 7(a) REPLY AND STAYING DISCOVERY**

On August 7, 2026, Defendant Matthew Krueger filed his Motion to Compel Plaintiff's

Rule 7(a) Reply and to Stay Discovery. ECF No. _____. Having carefully considered the motion

and noting that Defendant Krueger has filed an answer asserting a qualified immunity defense,

the Court finds that the motion should be and is hereby GRANTED.

In accordance with Federal Rules of Civil Procedure 7(a), 16(b), and *Schultea v. Wood*,

47 F.3d 1427 (5th Cir. 1995), and to ensure the preliminary consideration of Defendant's

assertion of the defense of qualified immunity, it is ORDERED that:

(1)    Plaintiff shall file a detailed reply pursuant to Federal Rule of Civil Procedure 7
no later than the _____ day of _____, 2026.  Plaintiff's reply shall allege with
particularity all material facts establishing his right to recovery, and shall include detailed facts
supporting any contention that the defendant's plea of qualified immunity cannot be sustained.
Plaintiff is advised that failure to timely file a reply will result in the dismissal of Plaintiff's
claims for lack of prosecution; and

(2)  Discovery is hereby stayed, pending Plaintiff's filing of her above-ordered Rule 7(a)
reply and the resolution of any Rule 12 motion Defendant elects to file thereafter.

It is further ORDERED that the parties and their counsel strictly comply with the terms

of this order and be on notice that failure to timely comply with the deadlines in this order may

result in the imposition of sanctions against the non complying party or counsel or both.

SIGNED the _____ day of _____, 2026.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE